# Notice Recipients

District/Off: 0315–2          User: iwen          Date Created: 4/12/2011
Case: 10–28876–JAD          Form ID: 129          Total: 2

**Recipients of Notice of Electronic Filing:**
tr          Robert H. Slone          robert.slone@7trustee.net
aty         Charles O. Zebley, Jr.    COZ@Zeblaw.com

TOTAL: 2